UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION-LAW

| | |
|---|---|
| **MICHELE WENGER**<br>9828 Bonner Street<br>Philadelphia, PA 19115<br><br>Plaintiff<br><br>v.<br><br>**VISION FINANCIAL CORPORATION**<br>11960 Westline Industrial Drive<br>Suite 330<br>Maryland Heights, MO 63146<br><br>Defendant | :<br>:<br>:<br>:<br>:<br>: No.: 13-6015<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF VOLUNTARY DISMISSAL

To the Clerk of Court:

Kindly mark this case as voluntarily dismissed by Plaintiff as it has been settled.

Respectfully Submitted,
**BLITSHTEIN & WEISS, P.C.**

By: _____
Tova Weiss, Esquire
Iriana Blitshtein, Esquire
648 2nd Street Pike
Southampton, PA 18966
(215)364-4900
Fax (215)364-8050
Attorneys for Plaintiff

Date: January 8, 2014